UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARTA ELIZA SANCHEZ FLORES,
individually and on behalf of all others
similarly situated,

              Plaintiff,

    v.

EL BUKANITAS INC. and
VICTOR MANUEL GONZALES,
as an individual,

             Defendants.
----------------------------------------------------------------X

JUDGMENT
22-CV-6751-DG-SJB

        An Order of the Honorable Diane Gujarati, United States District Judge, having been filed on March 19, 2024, adopting the Report and Recommendation of Magistrate Sanket J. Bulsara, dated February 14, 2024, which recommended that default judgment be entered against Defendants and Sanchez Flores be awarded: $50,165.88 in unpaid minimum wages; $25,380.00 in unpaid overtime wages; $75,545.88 in liquidated damages; $10,000 in Wage Theft Prevention Act damages; Pre-judgment interest in the amount of $18.63 per day between November 5, 2019 and the day judgment is entered; Post-judgment interest in an amount to be calculated pursuant to 28 U.S.C. § 1961(a); $12,731.75 in attorney's fees; $675.75 in costs; dismissal of Sanchez Flores's uniform reimbursement and maintenance claims, civil assault and battery claims, and negligent retention and supervision claim; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above and the interest being $29,752.11; it is

        ORDERED and ADJUDGED that default judgment is hereby entered in favor of Plaintiff Sanchez Flores and against Defendants in the total amount of $204,251.37 plus post-judgment interest in an amount to be calculated pursuant to 28 U.S.C. § 1961(a); and that Sanchez Flores's uniform reimbursement and maintenance claims, civil assault and battery claims, and negligent

```
```
retention and supervision claim are dismissed.

Dated: Brooklyn, New York  
       March 20, 2024

Brenna B. Mahoney  
Clerk of Court

By:   */s/Jalitza Poveda*  
      Deputy Clerk